NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSCH AUTOMOTIVE SERVICE SOLUTIONS, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2015-1928

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00183.

---

**ON PETITION FOR PANEL REHEARING**

---

Before NEWMAN, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

# O R D E R

The United States Patent and Trademark Office petitions for panel rehearing of this court's December 22, 2017 opinion, seeking to "clarify a sentence in its precedential opinion that could give rise to needless misunderstandings in the future." Specifically, the USPTO raised the concern that the court's opinion could be read, incorrectly, to have interpreted 35 U.S.C. 316(e). Bosch Automotive Service Solutions, LLC responded, in a way that supported the USPTO's view that the opinion could be improperly misread. To avoid that unnecessary possibility, we grant the petition for the limited purpose of amending our earlier opinion.

The sentence beginning at page 22, line 29 is amended to read: "Rather, the petitioner bears the burden of proving that the proposed amended claims are unpatentable by a preponderance of the evidence."

Accordingly,

IT IS ORDERED THAT:

The petition is granted to the limited extent noted above.

FOR THE COURT

March 15, 2018                    /s/ Peter R. Marksteiner
      Date                           Peter R. Marksteiner
                                      Clerk of Court